# Third District Court of Appeal

## State of Florida

Opinion filed September 17, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D23-1056
Lower Tribunal No. F11-27832A
_____

**Kevon George,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, William Altfield, Judge.

Ana M. Davide, P.A., and Ana M. Davide, for appellant.

James Uthmeier, Attorney General, and Ivy R. Ginsberg, Assistant Attorney General, for appellee.

Before EMAS, FERNANDEZ and BOKOR, JJ.

PER CURIAM.

Affirmed. See Tisdale v. State, 282 So. 3d 998, 1000 (Fla. 3d DCA 2019) (noting that the standard of review of a summary denial of a motion alleging ineffective assistance of counsel is de novo); McLin v. State, 827 So. 2d 948, 954 (Fla. 2002) ("To uphold the trial court's summary denial of claims raised in a 3.850 motion, the claims must be either facially invalid or conclusively refuted by the record." (quotation omitted)); Carballo v. State, 353 So. 3d 1288, 1291 (Fla. 3d DCA 2023) ("To allege a facially sufficient claim for ineffective assistance of counsel, a defendant must plead sufficient facts to establish that counsel's performance was deficient, and that the defendant was prejudiced by the deficient performance." (citing Strickland v. Washington, 466 U.S. 668, 687 (1984))); see also Arbelaez v. State, 898 So. 2d 25, 32 (Fla. 2005) ("So long as the [trial court's] decisions are supported by competent, substantial evidence, this Court will not substitute its judgment for that of the trial court on questions of fact and, likewise, on the credibility of the witnesses and the weight to be given to the evidence." (quotation omitted)).